UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELYN SCHREIER, | ) Civil Action No.: 2:19-cv-04867-WFK-LB |
| Plaintiff, | ) |
| | ) **AFFIDAVIT OF TIME AND EXPENSE** |
| vs. | ) |
| | ) |
| PROFESSIONAL CLAIMS BUREAU, INC. | ) |
| Defendant. | ) |

Daniel Zemel, ESQ., hereby certifies as follows:

1. That the attorney fees and time spent by Daniel Zemel and Elizabeth Apostola, with regard to the above-captioned case amounted to a total of **$6,755.00.**

The total time spent is detailed as follows:

| Employee | Date | Service Rendered | Hourly Rate | Time | Fee |
|---|---|---|---|---|---|
| Attorney Zemel | 07.25.19 | Call w/ client re: new case; review letter; provide retainer | 350.00 | 0.5 hours | $175.00 |
| Attorney Zemel | 08.06.19 | Draft Complaint | 350.00 | 0.4 hours | $140.00 |
| Attorney Zemel | 08.15.19 | Finalize complaint and summons, file, send out for service | 350.00 | 0.4 hours | $140.00 |
| Attorney Zemel | 08.26.19 | Review notice of removal and letter from opposing counsel; review ECF notices | 350.00 | 0.3 hours | $105.00 |
| Attorney Apostola | 08.26.19 | Review notice of removal and letter from opposing counsel; review ECF notices | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 09.03.19 | Review ECF 4 | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 09.03.19 | Review Answer, ECF 5 | 350.00 | 0.3 hours | $105.00 |
| Attorney Apostola | 09.03.19 | Review Answer, ECF 5 | 400.00 | 0.3 hours | $120.00 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Attorney Zemel | 09.06.19 | Review Initial Order, ECF 6 | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 09.06.19 | Review Initial Order, ECF 6 | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 09.26.19 | Create Rule 26 Report | 350.00 | 0.3 hours | $105.00 |
| Attorney Zemel | 09.27.19 | Review Defendant's initial disclosures, letter from OPC, discussion re: Rule 26 report | 350.00 | 0.3 hours | $105.00 |
| Attorney Apostola | 09.27.19 | Review Defendant's initial disclosures, letter from OPC, discussion re: Rule 26 report | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 09.29.19 | Email w/ OPC re: discovery plan | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 10.02.19 | Finalize and file Rule 26 report | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 10.10.19 | Court conference | 350.00 | 0.4 hours | $140.00 |
| Attorney Zemel | 10.10.19 | Review ECF October 10, 2019 Order | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 10.10.19 | Review ECF October 10, 2019 Order | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 10.13.19 | Call w/ client re: dispute letters per judges order | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 10.16.19 | Talk with client re: EOB; Review EOB/compare with letter; emails w/ OPC re: EOB | 350.00 | 0.3 hours | $105.00 |
| Attorney Zemel | 10.25.19 | Email and letter correspondence w/ OPC re: EOB | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 10.25.19 | Email and letter correspondence w/ OPC re: EOB | 400.00 | 0.2 hours | $80.00 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Attorney Zemel | 11.07.19 | Emails w/ Chambers, Conference with Court; Review November 7, 2019 Order | 350.00 | 0.4 hours | $140.00 |
| Attorney Apostola | 11.07.19 | Emails w/ Chambers, Conference with Court; Review November 7, 2019 Order | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 12.06.19 | Email w/ OPC re: upcoming conference with court | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 12.06.19 | Email w/ Client re: status update | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 12.08.19 | Email w/ OPC re: upcoming conference with court | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 12.09.19 | Review Motion to Adjourn; Review corresponding Order | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 12.09.19 | Review Motion to Adjourn; Review corresponding Order | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 12.23.19 | Email w/ OPC re: conference | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 01.28.20 | Conference with Court | 350.00 | 1.0 hours | $350.00 |
| Attorney Zemel | 01.29.20 | Review Order dated January 29, 2020 | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 01.29.20 | Review Order dated January 29, 2020 | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 12.29.19 | Email w/ OPC re: settlement | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 01.10.20 | Email w/ OPC re: settlement | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 01.24.20 | Email w/ OPC re: settlement | 350.00 | 0.2 hours | $70.00 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Attorney Zemel | 01.27.20 | Email w/ OPC re: settlement | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 01.28.20 | Review Offer of Judgment | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 01.28.20 | Review Offer of Judgment | 400.00 | 0.2 hours | $80.00 |
| Attorney Zemel | 01.29.20 | Call w/ client re: offer of judgment | 350.00 | 0.3 hours | $105.00 |
| Attorney Zemel | 01.30.20 | Prepare subpoenas to Northwell/Insurance/draft Hipaa release form and cover letter pursuant to court order | 350.00 | 1.2 hours | $420.00 |
| Attorney Zemel | 02.06.20 | Email w/ OPC re: protective order | 350.00 | 0.2 hours | $70.00 |
| Attorney Zemel | 02.11.20 | Call w/ client re: offer of judgment | 350.00 | 0.5 hours | $175.00 |
| Attorney Zemel | 02.20.20 | Review Order of Judgment; sent to client [ECF 9] | 350.00 | 0.2 hours | $70.00 |
| Attorney Apostola | 02.20.20 | Review Order of Judgment; sent to client [ECF 9] | 400.00 | 0.2 hours | $80.00 |
| Attorney Apostola | 02.24.20 | Draft Motion for Attorney's Fees | 400.00 | 4.0 hours | $1,600.00 |
| Attorney Zemel | 03.03.20 | Review and Finalization of Motion for Attorney's Fees | 350.00 | 1.5 hours | $525.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTAL | ATTORNEY | FEES | | **$6,755.00** |
| | | | | | |

2.  That the costs for above captioned case amounted to a total of $305.00.  The total costs are detailed as follows:

| DESCRIPTION | FEE |
|---|---|
| Filing Fee | $210.00 |
| Service of process D& M Litigation Services, Inc. | $95.00 |
| **TOTAL COSTS** | **$305.00** |

3.  That the amount due for attorney's fees and costs as a result of Plaintiff's Complaint is as follows:

  a. $6, 755.00 in legal fees recoverable pursuant to 15 U.S.C. §1692k(a)(3)
  b. $305.00 in costs recoverable pursuant to 15 U.S.C. §1692k(a)(3)

4.  That the total amount requested for Defendant's Default is **$7,060.00** and any additional amount determined by this Court.

Dated: March 06, 2020

Respectfully Submitted,

/s/ Daniel Zemel
Daniel Zemel Esq.
Elizabeth Apostola, Esq.
Zemel Law LLC
1373 Broad. St., Suite 203-C
Clifton, NJ 07013
(P) (862) 227-3106
dz@zemellawllc.com
ea@zemellawllc.com
Attorneys for Plaintiff

-5-