**D&M Litigation Services Inc**
200 B Gateway Park Dr.
P.O. Box 232
North Syracuse, NY  13212
(315)452-0422
mfrazier@dmlitigation.com

# INVOICE

**BILL TO**
Sandra M P Batista
Zemel Law LLC
1373 Broad St
Suite 203C
Clifton, NJ  07013

**INVOICE #** 2019-3380
**DATE** 09/03/2019
**DUE DATE** 09/13/2019
**TERMS** Net 10

| DESCRIPTION | AMOUNT |
| --- | --- |
| Jacquelyn Schreier v. Professional Claims Bureau, Inc. * | |
| 8/22/19 Rush Service of Summons and Complaint Professional Claims Bureau, Inc. Garden City, NY | 95.00 |

Tax ID No: 16-1414988
We accept all major credit cards!

**BALANCE DUE**          **$95.00**

Thank you!  We Appreciate your business!

Check/Credit Memo No: