


# NYSCEF - Nassau County Supreme Court
## Payment Receipt

This is an automated response for Supreme Court cases. The NYSCEF site has received your electronically filed documents for the following case.

**Index Number NOT assigned**

**Jacquelyn Schreier v. Professional Claims Bureau, Inc.**

### Documents Received on 08/15/2019 02:50 PM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |
| | | | Index Fee | + $210.00 |
| | | | Total Fee | $210.00 |

### Payment Information

| | |
|---|---|
| Generated Receipt #: | 0001053518 |
| Payment Type: | **VISA/MC** |
| Date Paid: | **08/15/2019** |
| Fee Amount: | **$210.00** |
| Authorization Code: | **00695G** |
| Comments: | |

### Filing User

Daniel Zemel | dz@zemellawllc.com | 8622273106
1373 Broad Street Suite 203-c, Clifton, NJ 07013

---

Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html
Phone: 516-571-2660    Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

NYSCEF Resource Center -  EFile@nycourts.gov
**Phone:** (646) 386-3033    **Fax:** (212) 401-9146    **Website:** www.nycourts.gov/efile